# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148928-9

DOUGLAS LATHAM,
        Plaintiff-Appellee,

v

BARTON MALOW COMPANY,
        Defendant-Appellant.

SC: 148928
COA: 312141
Oakland CC: 2004-059653-NO

_____/

DOUGLAS LATHAM,
        Plaintiff-Appellee,

v

BARTON MALOW COMPANY,
        Defendant-Appellant.

SC: 148929
COA: 313606
Oakland CC: 2004-059653-NO

_____/

On order of the Court, the application for leave to appeal the February 4, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether a significant number of workers were exposed to the high degree of risk identified by this Court in *Latham v Barton Malow Co,* 480 Mich 105, 114 (2008) ("the danger of *working at heights without fall-protection equipment*"). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2014 _____



                    Clerk

t0930